[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No.  13-14672
Non-Argument Calendar

_____

D.C. Docket No. 1:12-cr-00224-ODE-GGB-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERTO GOMEZ-MARTINEZ,
a.k.a. Delfino,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(November 10, 2014)

Before ED CARNES, Chief Judge, TJOFLAT and WILSON, Circuit Judges.

PER CURIAM:

Esther Panitch, appointed counsel for Alberto Gomez-Martinez, has moved

to withdraw from further representation of the appellant and filed a brief pursuant

to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Gomez-Martinez's conviction and sentence are **AFFIRMED**.